1983 - SOUTHERN

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

Southern Division

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
JAN 13 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

Case No. 3:23-cv-30-CWR-FKB
*(to be filled in by the Clerk's Office)*

Robert Shelton, JR.
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Burl Cain, at., ect.
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 o

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Robert Shelton, Jr.
All other names by which you have been known:
ID Number: M.D.O.C. #226053
Current Institution: South Mississippi Correctional Institute
Address: P.O. Box 1419
Leakesville, MS 39451
City / State / Zip Code

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Burl Cain - Commissioner
Job or Title (if known): Mississippi Departmen of Correction
Shield Number:
Employer: State of Mississippi
Address: Jackson, MS
City / State / Zip Code
[ ] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: Dr. McCleave, MD
Job or Title (if known): Medical Director, S.M.C.I.
Shield Number:
Employer: VitaCore Medical Professionals
Address: Jackson, MS
City / State / Zip Code
[ ] Individual capacity  [✓] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: 25 Jane and John Doe
Job or Title (if known):
Shield Number:
Employer:
Address:

City / State / Zip Code
☐ Individual capacity   ☑ Official capacity

Defendant No. 4
Name: 25 Jane and John Doe
Job or Title (if known):
Shield Number:
Employer:
Address:

City / State / Zip Code
☑ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Right to Due Process, Deliberate Indifferences

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Injury occured on or about Oct, 2019 at Madison Co. Jail*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Refusal of Medical Treatment occured at South Mississippi Correctional Institute (S.M.C.I.) in Greene County on or about Feb, 2022*

Page 4 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

Feb. 7th, 2022 - March 31st, 2022 - Injury occured Oct., 2019

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached exzibit A:

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Orbital Blowout Fracture / Right Side = Seen by UMMC doctor

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Order MDOC to Schule appointment with eye Specialist
Punitive Damages in the amount 500,000.00 (Five Hundred Thousand)
Actual Damages from Pain and suffering = 500,000,000.00
Compulsatory Damages 1.00

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Madison County, Mississippi Jail - Injury occured
South Mississippi Correctional Institute - Medical Treatment refused

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Trying to get appointment to see eye specialist.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

South Mississippi Correctional Institute (S.M.C.I.) ARP # SMCI-22-0502

2. What did you claim in your grievance?

When and Where the injury occured, that Madison County Jail sent me to see a Specialist at U.M.M.C. for treatment, and that the Specialist stated I'd need follow up medical treatment. And I also stated that I had seen the Ophthalmologist at S.M.C.I and he refered me to follow up with eye specialist.

3. What was the result, if any?

I was told that a NON Emergency consult had been placed twice with questions raised about weather it should be Ophthalmology. But they were tring to clarify this and "Hopefully" they would get a follow up arranged. That was over 8 months ago. (4-29-22)

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

1st and 2nd step appeal

    F.    If you did not file a grievance:

        1.    If there are any reasons why you did not file a grievance, state them here:

        2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*Please See A.R.P. # SMCI-22-0502*

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☑ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit
     Plaintiff(s) _____
     Defendant(s) _____

  2. Court *(if federal court, name the district; if state court, name the county and State)*
     
     _____

  3. Docket or index number
     
     _____

  4. Name of Judge assigned to your case
     
     _____

  5. Approximate date of filing lawsuit
     
     _____

  6. Is the case still pending?
     ☐ Yes
     ☐ No
     If no, give the approximate date of disposition _____

  7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
     
     _____

IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff
Printed Name of Plaintiff: Robert Shelton, Jr.
Prison Identification #: #236053
Prison Address: S.M.C.I. P.O. Box 1419
Leakesville  MS  39451
City  State  Zip Code

B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
City  State  Zip Code
Telephone Number
E-mail Address

On April 14, 2019, I was arrested by the Ridgeland, MS Police Department, and held at the Madison County Detention Center Because I was un-able to post bail.

After about a month and a half (1½) I started putting messages on the Kiosh asking to be moved due to the gang violance in the area I was being housed. After about 2 months, I was moved to another area of the jail. (on or about June 15th, 2019)

Around the 1st week of Oct. 2019, I was assulted by other inmates and had an "Orbital Blowout" fractsure and needed emergancy medical treatment.

I was seen by doctors at U.M.M.C. in Jackson, Mississipp and needed surgry. After the 1st surgry, the doctor that was treating me at U.M.M.C. told me that I would need another surgry later on and schuled me for a followup doctors appointment.

Because of the injury happening the day before my Orignal Plea deal was schuled for, it had to be continued until I was able to be in court, (around a week). After I recieved my sentence, I didn't stay at the Madison County Dentintion Center long, less than 3 weeks later (Nov. 1, 2019), I was transfered to Rankin County (C.M.C.F.) to go through my M.D.O.C. intake.

While in "Quick Bed", (C.M.C.F.), I told the medical staff that done my 1st physical about the Injury and informed them of my follow up doctor appointment at U.M.M.C. That person said that it would be schuled at a later date after M.D.O.C. recieved the medical records.

After a few weeks of not hearring anything about my doctors app. I started to complain about the symtemps I was having due to my Injuries, such as Migram Headaches, Double Vision, my Balance being off and alright pain in my face area, and nerve damage which most likely was the source of the pain in my face.

I stayed in "Quick Bed" for about 3 months, and complained regularly to M.D.O.C. /medical Personal at C.M.C.F.

- pg 1 -

I was then transferred from C.M.C.F. (Rankin County), to S.M.C.I. (Greene County) on Feb. 1st, 2020. Upon my Medical Intake I told the medical Staff about my Injury and Follow-up Surgry, and then I signed a medical Release Form so they could get my medical Records from U.M.M.C.

That took about 2 years before M.D.O.C. recieved any medical Records on me even though I'd signed medical Releases on several Infimary Calls.

I had seen the ~~optomologist~~ optometrist (eye doctor) a couple of times and ordered me some glasses until my medical Records came in. Once the medical Records came in, the Optometrist refered me to see the Ophthalmologist, (Eye Specialist) for an appointment.

That was around the 1st week of Feb, 2022, and again in March of 2022. After a month or so, without anything being said about my doctor's appointment, I filed an A.R.P. (#SMCI-22-0502) and got a responce back saying they were working on getting me a follow-up, and was dated 4-29-22.

Its now 8 months later, (at the time of filing), and I still have not seen a doctor or been schuled too. My eye sight continues to get worse and I still have never damage that causes pain in my face.

I understand that I am incarsarated, but I still have rights. And I'm sure that more than one of those rights protect me from being treated un-fairly because of my incarsaration. Should it take this long to be treated for a medical Concern. To me, this is clearly Cruel and unusaly punishment for me to be dealing with the pain and eye issues for so long without anything being done for me.

Respectfully Submitted:

- pg II -