IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ROBERT SHELTON, JR.                                                                      PLAINTIFF

VERSUS                                                       CIVIL ACTION NO. 3:23-cv-30-CWR-FKB

BURL CAIN, et al.                                                                       DEFENDANTS

FINAL JUDGMENT

In accordance with the Court's Order of Dismissal entered this date and incorporated herein by reference,

IT IS, THEREFORE, ORDERED AND ADJUDGED that, this civil action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED AND ADJUDGED, this the 6th day of June, 2023.

*s/ Carlton W. Reeves*
UNITED STATES DISTRICT JUDGE